IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH E. LUTGEN,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>          Defendant. | CV-18-09-M-DLC-JCL<br><br>FINDINGS & RECOMMENDATION |

Federal Rule of Civil Procedure 4(m) requires that a plaintiff serve a complaint and summons within 90 days "after the complaint is filed." Pro se Plaintiff Joseph Lutgen filed his Complaint in this case on February 2, 2018, which means he was required to serve Defendant by May 3, 2018.

Because Plaintiff had not accomplished service by that deadline, the Court issued an order giving him until August 24, 2018, to show good cause for failing to timely serve his Complaint as required by Rule 4(m). The Court cautioned Plaintiff that if he failed to show good cause, his case might be dismissed without prejudice under Rule 4(m). As of today's date, Plaintiff has not served his Complaint on the Defendant or shown good cause for failing to do so. Accordingly,

IT IS RECOMMENDED that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

DATED this 7th day of September, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge