UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH E. LUTGEN,<br><br>                  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>                  Defendant. | Case No. CV-18-009-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Lutgen's Complaint is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

      Dated this 4th day of December, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Annie Puhrmann
                              Annie Puhrmann, Deputy Clerk